**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

**ROBERT VENABLE**

        **Plaintiff,**

**v.**                                       **Civil Action No. 4:14-cv-00102-RAJ-TEM**

**GC SERVICES LIMITED PARTNERSHIP,**

        **Defendant.**

**VOLUNTARY DISMISSAL WITH PREJUDICE**

       Plaintiff, Robert Venable, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

                                      Respectfully submitted,

Dated:  November 13, 2014

                               By:  /s/ Richard Ferris
                                    Richard W. Ferris, Esq.
                                    VSB# 31812
                                    530 East Main Street
                                    Suite 1020
                                    Richmond, VA 23219
                                    (804) 767-1800
                                    (888) 251-6228 FAX
                                    rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By: /s/ Richard W. Ferris
      Richard W. Ferris, Esq.

      Attorney for Plaintiff